## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Myrick Dennis, Task Force Agent of the Drug Enforcement Administration (DEA), having first been duly sworn according to law, hereby depose and say:

### INTRODUCTION

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been employed as a United States Postal Inspector with the United States Postal Inspection Service (USPIS) since 2014. During this time, I have been assigned to the Contraband Interdiction and Investigations team, which investigates the mailing of illegal drugs and their proceeds. Since October 2020, I have been deputized as a Task Force Agent with the DEA Cleveland District Office and assigned to the Tactical Diversion Squad. I have been the case agent in multiple investigations leading to convictions in both U.S. District Court and state courts. I have been involved in more than one hundred federal and/or state investigations and have personally arrested or directly assisted in the arrests of drug law violators.

3. I have received training in the detection and investigation of prohibited mailing offenses during a residential Basic Inspector Training program in Potomac, Maryland. I have also received training in financial investigations as they relate to drug trafficking organizations, money laundering, and asset forfeiture. I have received field training and participated in many aspects of USPIS drug investigations, including but not limited to, parcel interdiction, surveillance, controlled deliveries, execution of search warrants, interview and interrogation, confidential source/cooperating witness debriefing, pen registers, telephone toll analysis, and interception and

analysis of wire and electronic communications. I have written and executed search warrants that have resulted in the seizure of illegal drugs and evidence of drug violations. I am familiar with drug traffickers' methods of operation, especially as they relate to the Postal Service, including the storage, transportation, and distribution of drugs, the transfer and collection of money which represents the proceeds of drug trafficking, and money laundering.

4. This affidavit is submitted in support of a criminal complaint against **WILLIE JONES (JONES)**.

5. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause that **JONES** has committed violations of 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

6. On March 15, 2023, at approximately 6:05 a.m., investigators from DEA and multiple other agencies executed a federal search warrant authorized by U.S. Magistrate Judge Jennifer Dowdell Armstrong (Northern District of Ohio), on 3519 Mount Hermon Avenue, Cleveland, Ohio 44115, a residence associated with **JONES**. After knocking and announcing their presence with a search warrant and receiving no answer, investigators breached the front door of the residence. After continuing to call any individuals out for a significant amount of time, investigators brought out a female subject, Loleta Owens. After waiting another significant amount of time calling out with no further contact, investigators entered to locate and extract **JONES**. It was apparent that **JONES** had opened a rear window and pushed out the screen, but did not exit the window due to officers outside. Investigators seized a baggie containing approximately half an ounce of a brown powdery substance (suspected to be heroin and/or

fentanyl) from inside the toilet in the bathroom adjacent to the **JONES's** apparent bedroom (a traffic citation and medical paperwork in **JONES**'s name were located here). Also inside this same bedroom was a CZ P-07 9mm pistol loaded with 18 rounds, S/N D281890, seized from a heating register. Owens later stated the above pistol and drugs did not belong to her, and the drugs were not in the toilet the last time she was in the bathroom.

7. According to Cuyahoga County Court of Common Pleas records, in case number CR-05-470564-A, on January 9, 2006, **JONES** was convicted of violating Ohio Revised Code Section 2911.01, aggravated robbery, a first-degree felony, punishable by imprisonment for a term exceeding one year; therefore, he is prohibited from possessing a firearm.

8. Based upon the information contained in this affidavit, I submit there is probable cause to believe that on or about March 15, 2023, in the Northern District of Ohio, **WILLIE JONES** committed violations of 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

_____
Myrick Dennis
Task Force Agent
Drug Enforcement Administration

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Fed. R. Crim. P. 4.1 and 41(d)(3), on this 15th day of March, 2023.

James E. Grimes Jr., United States Magistrate Judge

3